IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Days Inns Worldwide Incorporated,<br><br>Petitioner,<br><br>vs.<br><br>Hotel Capital Partners XV, LLC,<br><br>Respondent. | No. CIV 11-8089-PCT-DKD<br><br><br><br>**ORDER** |

Pursuant to the Federal Arbitration Act, 9 U.S.C. § 9, Petitioner Days Inns Worldwide, Inc., seeks to confirm a February 8, 2011 Arbitration Award in its favor against Respondent Hotel Capital Partners XV, LLC.

In support of this Application Petitioner has filed a Motion for Entry of Order and Final Judgment to Confirm Arbitration Award (Doc. 11) which, along with the jurisdictional averments set forth in the Complaint/Application to Confirm Arbitration Award, demonstrate that the Court has subject matter and personal jurisdiction to grant the requested relief. The Docket includes a Return of Service avowing that service of the Summons and Application to Confirm Arbitration Award was effected on Respondent. However, because the Respondent did not answer or otherwise appear in this action and thus has not consented to Magistrate Judge jurisdiction, the undersigned will present this pending request to Senior United States District Judge Stephen M. McNamee pursuant to General Order 11-03.

Accordingly, **IT IS ORDERED** presenting Petitioner's Proposed Form of Order and Final Judgment Confirming Arbitration Award to the Hon. Stephen M. McNamee and RECOMMENDING that the Order be entered.

DATED this 19th day of September, 2011.

_____
David K. Duncan
United States Magistrate Judge

cc: SMM