IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Days Inns Worldwide Incorporated, ) | No.  CIV 11-8089-PCT-DKD |
| Petitioner, ) | |
| vs. ) | **ORDER** |
| Hotel Capital Partners XV, LLC, ) | |
| Respondent. ) | |

Before the Court is Petitioner Days Inns Worldwide, Inc.'s ("DIW") Motion for Entry of Final Judgment Confirming Arbitration Award (Doc. 11). On September 19, 2011, the Magistrate Judge filed a Report and Recommendations with this Court (Doc. 13). To date, no objections have been filed.

**STANDARD OF REVIEW**

When reviewing a Magistrate Judge's Report and Recommendations, this Court must "make a de novo determination of those portions of the report . . . to which objection is made," and "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1)(C); see also Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991) (citing Britt v. Simi Valley Unified Sch. Dist., 708 F.2d 452, 454 (9th Cir. 1983)). Failure to object to a Magistrate Judge's recommendation relieves the Court of conducting de novo review of the Magistrate Judge's factual findings; the Court then may decide the dispositive motion on the applicable law. Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979) (citing Campbell v. United States Dist. Court, 501 F.2d 196 (9th Cir. 1974)).

By failing to object to a Report and Recommendations, a party waives its right to challenge the Magistrate Judge's factual findings, but not necessarily the Magistrate Judge's legal conclusions.  Baxter, 923 F.2d at 1394; see also Turner v. Duncan, 158 F.3d 449, 455 (9th Cir. 1998) (failure to object to a Magistrate Judge's legal conclusion "is a factor to be weighed in considering the propriety of finding waiver of an issue on appeal"); Martinez v. Ylst, 951 F.2d 1153, 1156 (9th Cir. 1991) (citing McCall v. Andrus, 628 F.2d 1185, 1187 (9th Cir. 1980)).

**DISCUSSION**

Having reviewed the Report and Recommendations of the Magistrate Judge, and no Objections having been made by any party thereto, the Court hereby incorporates and adopts the Magistrate Judge's Report and Recommendations.

**CONCLUSION**

For the reasons set forth,

**IT IS ORDERED** that the Court adopts the Report and Recommendations of the Magistrate Judge (Doc. 13).

**IT IS FURTHER ORDERED GRANTING** Petitioner Days Inns Worldwide, Inc.'s Motion for Entry of Order and Final Judgment to Confirm Arbitration Award. (Doc. 11.)

**IT IS FURTHER ORDERED** that the Court confirms the Arbitration Award entered by the American Arbitration Association arbitrator on February 8, 2011 in favor of Petitioner Days Inns Worldwide, Inc. and against Hotel Capital Partners XV, LLC.

**IT IS FURTHER ORDERED** that the Court enters Final Judgment in favor of Petitioner Days Inns Worldwide, Inc. and against Hotel Capital Partners XV, LLC in the total amount of $103,180.66.

DATED this 14th day of October, 2011.

Stephen M. McNamee
United States District Judge